<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 97-1651**

—————

ROBERT LEE DAVIS,

Plaintiff - Appellant,

versus

ROBESON COUNTY PUBLIC SCHOOLS; ROBESON COUNTY
BOARD OF EDUCATION, in its individual capac-
ity; BETH WILLIAMSON, in her individual and
official capacities; ABNER HARRINGTON, in his
individual and official capacities; MIKE
SMITH, in his individual and official capac-
ities; PAUL BROOKS, in his individual and
official capacities; ROBERT DEESE, in his
individual and official capacities,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Chief
District Judge.  (CA-97-42-7-F)

—————

Submitted:  August 14, 1997        Decided:  August 20, 1997

—————

Before NIEMEYER, Circuit Judge, and BUTZNER and PHILLIPS, Senior
Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

Robert Lee Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint, under 28 U.S.C.A. § 1915(e) (West Supp. 1997), and denying his motion to recuse. We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Davis v. Robeson County Pub. Schs.</u>, No. CA-97-42-7-F (E.D.N.C. Apr. 22, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>